# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEW MEXICO

TAVARRES HENDERSON,

    Petitioner,

v.                                                No. 23-cv-0512-JCH-KRS

BRIAN K. CHAMBERS, *Warden*,

    Respondent,

## ORDER TO SHOW CAUSE

This matter comes before the Court *sua sponte* because it appears Petitioner severed contact with the Court.   Petitioner is proceeding *pro se* and was incarcerated pursuant to a state conviction in Georgia when this case was filed.  *See* Doc. 1.  His opening letter-pleading seeks a "fair hearing" and attaches certain 28 U.S.C. § 2254 habeas filings from the United States District Court for the Southern District of Georgia.   It appears Petitioner wants this Court to assume jurisdiction over a § 2254 proceeding pending in that Court, but it is not entirely clear.   A recent mailing to Petitioner was returned as undeliverable.  *See* Doc. 2.  It appears Petitioner was released or transferred without notifying the Clerk's Office regarding his current address, as required by D.N.M. Local Civil Rule 83.6.  The Court will confirm Petitioner's address before considering whether the letter-pleading must be dismissed or transferred to the Georgia Federal Court.

**IT IS THEREFORE ORDERED** that within thirty (30) days of entry of this Order, Petitioner shall notify the Clerk in writing of his new address or show cause why this action should not be dismissed.   The failure to timely comply may result in dismissal without further notice.

_____
UNITED STATES MAGISTRATE JUDGE